AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Carl Young Langendorf

                                                  **JUDGMENT IN A CIVIL CASE**

                          v.

Miller-Stout

                                     CASE NUMBER: CV-08-093-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Petitioner's Motion to Voluntarily Dismiss this Action (Ct. Rec. 8) is GRANTED pursuant to Rule 41(a), Federal Rules of Civil Procedure, and this action is DISMISSED without prejudice.

| | |
|---|---|
| June 17, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |